1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ10-91 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| EDWARD YOUNG, | |
| Defendant. | |

Offenses charged:

    Count 1:    Possession Of Counterfeit United States Currency, in violation of 18 U.S.C. §§ 472 and 2

Date of Detention Hearing:  March 29, 2010

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has no stable residence.

    2.    Defendant is unemployed.

    3.    Defendant has substance abuse problems.

    4.    Defendant has mental health problems.

    5.    Defendant has a history of failures to appear.

6.      Defendant has a history of failures to comply with supervision.

7.      Defendant is associated with more than 20 aliases, 7 dates of birth, and 2 social security numbers.

8.      There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of March, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2